UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE

RICARDO LUCIANO LUGO,           )
                                )
            Plaintiff,          )
                                )
     v.                         )     Civil No. 04-90-B-W
                                )
JO ANNE B. BARNHART,            )
Commissioner of Social          )
Security,                       )
                                )
            Defendant.          )

                     **ORDER AFFIRMING THE**
          **RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

     The United States Magistrate Judge filed with the Court on May 24, 2005 his Recommended Decision.  The Plaintiff filed his objections to the Recommended Decision on June 1, 2005 and the Defendant filed her Response to those objections on June 3, 2005.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Commissioner's decision be and hereby is <u>AFFIRMED</u>.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 7th day of June, 2005